| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | ROBBINS ARROYO LLP<br>BRIAN J. ROBBINS (190264)<br>brobbins@robbinsarroyo.com<br>KEVIN A. SEELY (199982)<br>kseely@robbinsarroyo.com<br>STEVEN M. McKANY (271405)<br>smckany@robbinsarroyo.com<br>ERIC M. CARRINO (310765)<br>ecarrino@robbinsarroyo.com<br>600 B Street, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 525-3990<br>Facsimile: (619) 525-3991 |
| 8 | Attorneys for Plaintiff |
| 9 | [Additional Counsel Appear on Signature Pages] |

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| TIMOTHY HIMSTREET, Derivatively on Behalf of WELLS FARGO & COMPANY,<br><br>                 Plaintiff,<br><br>   v.<br><br>TIMOTHY J. SLOAN, JOHN R. SHREWSBERRY, AVID MODJTABAI, ELIZABETH A. DUKE, JOHN D. BAKER II, DONALD M. JAMES, JAMES H. QUIGLEY, SUZANNE M. VAUTRINOT, JOHN G. STUMPF, FRANKLIN R. CODEL, DAWN MARTIN HARP, CARRIE L. TOLSTEDT, STEPHEN W. SANGER, CYNTHIA H. MILLIGAN, JUDITH M. RUNSTAD, SUSAN G. SWENSON, SUSAN E. ENGEL, ENRIQUE HERNANDEZ, JR., LLOYD H. DEAN, JOHN S. CHEN, ELAINE L. CHAO, and FEDERICO F. PEÑA,<br><br>                 Defendants,<br>   -and-<br><br>WELLS FARGO & COMPANY, a Delaware corporation,<br><br>                 Nominal Defendant. | Case No. 3:18-cv-02922-LB<br><br>**STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Timothy Himstreet ("Plaintiff"), defendants Timothy J. Sloan, John R. Shrewsberry, Avid Modjtabai, Elizabeth A. Duke, John D. Baker II, Donald M. James, James H. Quigley, Suzanne M. Vautrinot, John G. Stumpf, Franklin R. Codel, Dawn Martin Harp, Carrie L.Tolstedt, Stephen W. Sanger, Cynthia H. Milligan, Judith M. Runstad, Susan G. Swenson, Susan E. Engel, Enrique Hernandez, Jr., Lloyd H. Dean, John S. Chen, Elaine L. Chao, Federico F. Peña, and nominal defendant Wells Fargo & Company (collectively, "Defendants"),[1] through their respective counsel of record, submit this stipulation and [proposed] order to voluntary dismiss this action without prejudice.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their undersigned counsel, pursuant to Rules 23.1(c) and 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and subject to the Court's approval, that:

1. This action shall be dismissed in its entirety without prejudice; and
2. Each Party shall bear his, her, or its own costs, fees, and expenses, including attorneys' fees.

**IT IS SO STIPULATED.**

Dated: June 21, 2018

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
KEVIN A. SEELY
STEVEN M. McKANY
ERIC M. CARRINO

*s/ Steven M. McKany*
STEVEN M. McKANY

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
kseely@robbinsarroyo.com
smckany@robbinsarroyo.com
ecarrino@robbinsarroyo.com

*Counsel for Plaintiff Timothy Himstreet*

---

[1] Plaintiff and Defendants are collectively referred to herein as the "Parties."

| | | |
|---|---|---|
| Dated: June 21, 2018 | | WILLIAMS & CONNOLLY LLP<br>JENNIFER G. WICHT |

          *s/ Jennifer G. Wicht*
          JENNIFER G. WICHT

          725 Twelfth Street, N.W.
          Washington, D.C. 20005
          Telephone: (202) 434-5000
          Facsimile: (202) 434-5029
          jwicht@wc.com

          *Counsel for Defendant Carrie L. Tolstedt*

Dated: June 21, 2018          CLARENCE DYER & COHEN LLP
                                         NANCI L. CLARENCE (122286)

          *s/ Nanci L. Clarence*
          NANCI L. CLARENCE

          899 Ellis Street
          San Francisco, CA 94109
          Telephone: (415) 749-1800
          Facsimile: (415) 749-1694
          nclarence@clarencedyer.com

          *Counsel for Defendant Timothy J. Sloan*

Dated: June 21, 2018          FARELLA, BRAUN + MARTEL LLP
                                         BRANDON WISOFF (121930)

          *s/ C. Brandon Wisoff*
          C. BRANDON WISOFF

          235 Montgomery Street, 17th Floor
          San Francisco, CA 94104
          Telephone: (415) 954-4400
          Facsimile: (415) 954-4480
          bwisoff@fbm.com

          *Counsel for Defendant Avid Modjtabai*

Dated: June 21, 2018          GOODWIN PROCTOR LLP
                                         GRANT FONDO (181530)
                                         NICHOLAS A. REIDER (296440)

          *s/ Grant Fondo*
          GRANT FONDO

          Three Embarcadero Center, 28th Floor
          San Francisco, CA 94111

|   |   |   |
|---|---|---|
| 1 |   | Telephone: (415) 733-6054<br>gfondo@goodwinlaw.com<br>nreider@goodwinlaw.com |
| 2 |   |   |
| 3 |   | *Counsel for Defendant John G. Stumpf* |
| 4 | Dated: June 21, 2018 | RAMSEY & EHRLICH LLP<br>ISMAIL RAMSEY (189820) |
| 5 |   | *s/ Ismail Ramsey* |
| 6 |   | ISMAIL RAMSEY |
| 7 |   | 803 Hearst Avenue<br>Berkeley, CA 94710 |
| 8 |   | Telephone: (510) 548-3600<br>Facsimile: (510) 291-3060 |
| 9 |   | izzy@ramsey-ehrlich.com |
| 10 |   | *Counsel for Defendants John R. Shrewsberry and Franklin R. Codel* |
| 11 | Dated: June 21, 2018 | COVINGTON & BURLING LLP |
| 12 |   | DANIEL SHALLMAN (180782) |
| 13 |   | *s/ Daniel Shallman*<br>DANIEL SHALLMAN |
| 14 |   |   |
| 15 |   | 1999 Avenue of the Stars<br>Los Angeles, CA 90067 |
| 16 |   | Telephone: (424) 332-4800<br>dshallman@cov.com |
| 17 |   | *Counsel for Defendant Dawn Martin Harp* |
| 18 | Dated: June 21, 2018 | SULLIVAN & CROMWELL LLP<br>BRENDAN CULLEN (194057) |
| 19 |   |   |
| 20 |   | *s/ Brendan Cullen*<br>BRENDAN CULLEN |
| 21 |   | 1870 Embarcadero Road |
| 22 |   | Palo Alto, California 94303<br>Telephone: (650) 461-5689 |
| 23 |   | Facsimile: (650) 461-5700<br>cullenb@sullcrom.com |
| 24 |   | *Counsel for Nominal Defendant Wells Fargo & Company* |
| 25 |   |   |
| 26 |   |   |
| 27 |   |   |
| 28 |   |   |

| | | |
|---|---|---|
| Dated: June 21, 2018 | | SHEARMAN & STERLING LLP<br>JOHN COVE (212213)<br>ALETHEA M. SARGENT (288222) |

*s/ John Cove*
JOHN COVE
ALETHEA M. SARGENT

535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 616-1100
john.cove@shearman.com
alethea.sargent@shearman.com

*Counsel for Defendants Susan E. Engel, Judith M. Runstad, Cynthia H. Milligan, John D. Baker, II, Federico F. Peña, Elizabeth A. Duke, Donald M. James, James H. Quigley, Suzanne M. Vautrinot, Stephen W. Sanger, Susan G. Swenson, Enrique Hernandez, Jr., Lloyd H. Dean, John S. Chen, and Elaine L. Chao*

I, Steven M. McKany, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order of Voluntary Dismissal Without Prejudice. In compliance with Civil L.R. 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

*s/ Steven M. McKany*
STEVEN M. MCKANY

\* \* \*

**ORDER**

Pursuant to stipulation, **IT IS SO ORDERED**.

DATED: August 9, 2018

UNITED STATES DISTRICT JUDGE

- 4 -

STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

CASE NO. 3:18-cv-02922-LB